# PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.

PO Box 1239
2817 2nd Avenue N., Suite 300
Billings, MT 59103-1239

Phone: (406) 252-8500        Tax ID: 81-0487431

October 6, 2016

Joseph Berdecia - Rodriquez
820 4th Apt 106
Havre, MT 59501

Regarding:  10-1139.01
Berdecia - Rodriquez Joseph Ch 13

Invoice No:  74180

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **General Administration** | | | | | |
| 4/22/2016 | AJS | Meet with Berdecia-Rodriquez and Scott regarding Ch 13 | 1.00 | $125.00 | $125.00 |
| 4/22/2016 | AJS | Review contracts and questionnaire with client | 2.00 | $125.00 | $250.00 |
| 4/22/2016 | AJS | Return call to client regarding questionnaire | 0.10 | $125.00 | $12.50 |
| 4/22/2016 | AJS | Telephone call with Joseph regarding questions on questionnaire | 0.50 | $125.00 | $62.50 |
| 4/22/2016 | AJS | Meet with client to review completed questionnaire | 0.70 | $125.00 | $87.50 |
| 4/22/2016 | WSG | Meet with Client regarding Chapter 13 | 0.10 | $285.00 | $28.50 |
| 4/25/2016 | AJS | Left message for client regarding schedules | 0.10 | $125.00 | $12.50 |
| 4/25/2016 | AJS | Prepare Ch 13 schedules | 2.50 | $125.00 | $312.50 |
| 4/25/2016 | AJS | Prepare means test | 1.00 | $125.00 | $125.00 |
| 4/25/2016 | AJS | Prepare income spreadsheet | 0.60 | $125.00 | $75.00 |
| 4/25/2016 | AJS | Email Joseph regarding schedules | 0.10 | $125.00 | $12.50 |
| 4/25/2016 | JAP | Conference with April regarding daughter's support, completion of schedules | 0.30 | $330.00 | $99.00 |
| 4/26/2016 | AJS | Left message for Joseph regarding status of Ch 13; email Joseph regarding documentation needed for Ch 13 | 0.40 | $125.00 | $50.00 |
| 4/26/2016 | AJS | Conference call with Joseph regarding schedules | 0.50 | $125.00 | $62.50 |
| 4/26/2016 | AJS | Continue working on Ch 13 schedules | 1.00 | $125.00 | $125.00 |
| 4/26/2016 | AJS | Prepare Ch 13 Schedule | 2.00 | $125.00 | $250.00 |
| 4/27/2016 | AJS | Telephone call with David Henry regarding status of filing | 0.10 | $125.00 | $12.50 |
| 4/27/2016 | AJS | Conference call with Joseph regarding schedules | 0.50 | $125.00 | $62.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/27/2016 | AJS | Email draft of schedules to Joseph | 0.20 | $125.00 | $25.00 |
| 4/27/2016 | AJS | Work on Ch 13 Schedules | 1.00 | $125.00 | $125.00 |
| 4/27/2016 | JAP | Meet with April, review, revise schedules | 0.90 | $330.00 | $297.00 |
| 4/28/2016 | AJS | Conference with Andy regarding Berdecia Ch 13 | 0.50 | $125.00 | $62.50 |
| 4/28/2016 | AJS | Conference call with Berdecia to review schedules, Plan, Domestic Support Obligation and Retention Agreement | 0.80 | $125.00 | $100.00 |
| 4/28/2016 | AJS | Finalize Ch 13 Schedules and Plan | 1.00 | $125.00 | $125.00 |
| 4/28/2016 | AJS | E-file schedules, plan, notices, domestic support obligation and retention agreement; and credit counseling certificate | 0.70 | $125.00 | $87.50 |
| 4/28/2016 | AJS | Continue working on Ch 13 Schedules, Plan, Notices and Retention Agreement | 2.00 | $125.00 | $250.00 |
| 4/29/2016 | AJS | Email Berdecia regarding amendments and filing notice of bankruptcy | 0.10 | $125.00 | $12.50 |
| 4/29/2016 | AJS | Telephone call with Shannon from the DPHHS regarding the ABLE program, research ABLE program | 0.50 | $125.00 | $62.50 |
| 4/29/2016 | AJS | Prepare Pro Se Notice of Bankruptcy Filing for Berdecia to file in Iowa District Court | 0.30 | $125.00 | $37.50 |
| 5/02/2016 | AJS | Telephone call with Joseph regarding Ch. 13 and Amendments | 0.30 | $125.00 | $37.50 |
| 5/02/2016 | AJS | Review fax from Berdecia regarding payments to creditors | 0.10 | $125.00 | $12.50 |
| 5/04/2016 | AJS | E-mail Bob regarding video link for 341 meeting on May 23rd | 0.10 | $125.00 | $12.50 |
| 5/04/2016 | AJS | E-mail Drummond regarding video link | 0.10 | $125.00 | $12.50 |
| 5/04/2016 | AJS | Respond to email from Drummond regarding video link | 0.10 | $125.00 | $12.50 |
| 5/05/2016 | AJS | Prepare Notice to Amend Statement of Financial Affairs and Notice to Amend Ch. 13 Calculation of Disposable Income | 0.70 | $125.00 | $87.50 |
| 5/05/2016 | AJS | E-mail Notices to Berdecia for his review and signatures | 0.10 | $125.00 | $12.50 |
| 5/05/2016 | AJS | Respond to e-mail from Lori at Fisher Court Reporting regarding video link; confirm with Bob that video link has been scheduled | 0.20 | $125.00 | $25.00 |
| 5/05/2016 | AJS | Finalize LBF33 and e-mail to Joseph for his signature | 0.30 | $125.00 | $37.50 |
| 5/05/2016 | AJS | Email Berdecia regarding video link and creditor's meeting | 0.10 | $125.00 | $12.50 |
| 5/05/2016 | AJS | Respond to e-mail from Drummond regarding video link | 0.10 | $125.00 | $12.50 |
| 5/05/2016 | AJS | E-mail Lori and Fisher regarding video link | 0.10 | $125.00 | $12.50 |
| 5/11/2016 | AJS | Telephone call with Berdecia regarding documents requested by Trustee | 0.20 | $125.00 | $25.00 |
| 5/12/2016 | AJS | Organize documents required by LBF33 | 0.70 | $125.00 | $87.50 |
| 5/12/2016 | AJS | Prepare notebook for 341 meeting | 0.50 | $125.00 | $62.50 |
| 5/12/2016 | AJS | E-mail LBF33 documents to Drummond | 0.20 | $125.00 | $25.00 |
| 5/12/2016 | AJS | E-file Notice to Amend Statement of Financial Affairs and Notice to Amend Chapter 13 Calculation of Disposable Income | 0.20 | $125.00 | $25.00 |
| 5/12/2016 | AJS | E-mail Trustee regarding video link and documents Trustee will need signed | 0.10 | $125.00 | $12.50 |

Joseph Berdecia - Rodriquez

Page No.     3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/13/2016 | AJS | Respond to e-mail from Drummond regarding creditor's meeting | 0.10 | $125.00 | $12.50 |
| 5/13/2016 | AJS | Telephone call with Joseph regarding 341 meeting | 0.10 | $125.00 | $12.50 |
| 5/13/2016 | AJS | Conference with Blake regarding ABLE Accounts | 0.10 | $125.00 | $12.50 |
| 5/16/2016 | BAR | Research "special circumstances" motion applicability as to ABLE account exemption for motion or general information prior to 341 meeting and under "dependant care" they might be here | 0.00 | $175.00 | No Charge |
| | | | 0.30 | | No Charge |
| 5/18/2016 | AJS | Return call to Christen from child support recovery unit regarding Berdecia's child support | 0.10 | $125.00 | $12.50 |
| 5/18/2016 | AJS | Telephone call with Christen regarding child support arrearage and Ch 13 plan | 0.20 | $125.00 | $25.00 |
| 5/20/2016 | AJS | Respond to e-mail from McMullen regarding video link for Monday May 23, 2016 | 0.10 | $125.00 | $12.50 |
| 5/23/2016 | AJS | E-mail reminder to Joseph regarding 341 meeting | 0.10 | $125.00 | $12.50 |
| 5/23/2016 | JAP | Email Joseph regarding 341 meeting | 0.70 | $330.00 | $231.00 |
| 5/23/2016 | JAP | Attend 341 meeting | 0.70 | $330.00 | $231.00 |
| 5/24/2016 | AJS | Telephone call with Joseph regarding child support arrearage | 0.10 | $125.00 | $12.50 |
| 5/25/2016 | AJS | E-mail Joseph regarding disability of daughter | 0.10 | $125.00 | $12.50 |
| 5/25/2016 | AJS | Telephone call Berdecia regarding child support | 0.20 | $125.00 | $25.00 |
| 5/25/2016 | AJS | E-mail Order regarding child support to Drummond | 0.10 | $125.00 | $12.50 |
| 5/26/2016 | AJS | E-mail Drummond with disability for Joseph's daughter | 0.10 | $125.00 | $12.50 |
| 6/06/2016 | AJS | Review Objection to Claimed Exemption and Objection to Chapter 13 plan | 0.20 | $125.00 | $25.00 |
| 6/06/2016 | AJS | Telephone call with Joseph regarding payment to Minnesota State Department | 0.10 | $125.00 | $12.50 |
| 6/06/2016 | BAR | Review Chapter 13 Trustee's Objection to claim of exemption to - health savings account | 0.10 | $175.00 | $17.50 |
| 6/08/2016 | AJS | Telephone call with Berdecia regarding letter from IRS and Objection to Exemption | 0.20 | $125.00 | $25.00 |
| 6/09/2016 | BAR | Review Trustee's supplemental objection and draft memorandum to James A. Patten regarding all objections | 0.30 | $175.00 | $52.50 |
| 6/13/2016 | BAR | Research IRS files for response/objection to proof of claim | 0.10 | $175.00 | $17.50 |
| 6/14/2016 | BAR | Draft response to Trustee's objection regarding health savings account | 0.20 | $175.00 | $35.00 |
| 6/14/2016 | BAR | Research MCA exemptions in UTSA | 0.20 | $175.00 | $35.00 |
| 6/14/2016 | BAR | Discuss Debtor's health savings account and income with April J. Boucher | 0.10 | $175.00 | $17.50 |
| 6/15/2016 | BAR | Finalize response regarding HSA and file same | 0.20 | $175.00 | $35.00 |
| 6/15/2016 | JAP | Review, revise response to Trustee objection to exemptions | 0.20 | $330.00 | $66.00 |
| 6/16/2016 | AJS | Telephone call with Romero regarding Berdecia tax returns for 2015; telephone call with Department of Revenue regarding returns filed for 2015 | 0.30 | $125.00 | $37.50 |
| 6/16/2016 | AJS | Email Bob a copy of returns | 0.10 | $125.00 | $12.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/2016 | AJS | Email Marci from Department of Revenue regarding Berdecia tax returns | 0.10 | $125.00 | $12.50 |
| 6/20/2016 | AJS | Telephone call with Berdecia regarding Motion to Dismiss filed by Trustee | 0.20 | $125.00 | $25.00 |
| 6/20/2016 | AJS | Review Court Calendar for July 8th | 0.10 | $125.00 | $12.50 |
| 6/20/2016 | AJS | Attempt to call Marci with Montana Department of Revenue regarding Berdecia tax returns; email Marci regarding returns | 0.20 | $125.00 | $25.00 |
| 6/21/2016 | AJS | Prepare letter from Berdecia to state enclosing original returns | 0.20 | $125.00 | $25.00 |
| 6/21/2016 | AJS | Email state returns to Berdecia and letter from Berdecia to state directing him to sign and mail | 0.10 | $125.00 | $12.50 |
| 6/21/2016 | AJS | Review Berdecia bill in order to file with Court | 0.50 | $125.00 | $62.50 |
| 6/21/2016 | AJS | Telephone call with Joseph regarding original tax returns to state | 0.10 | $125.00 | $12.50 |
| 6/28/2016 | BAR | Draft response/objection to Trustee's Motion to Convert; review and finalize | 0.10 | $175.00 | $17.50 |
| 6/28/2016 | LCB | Review docket to determine if Montana Department of Revenue responded and/or Trustee withdrew Motion to Convert based on unfiled tax returns | 0.20 | $110.00 | $22.00 |
| 6/28/2016 | LCB | Prepare Objections to Trustee's Motion to Convert | 0.50 | $110.00 | $55.00 |
| 7/01/2016 | AJS | Email Joseph regarding hearing being continued | 0.10 | $125.00 | $12.50 |
| 7/01/2016 | AJS | Review bill; conference with Blake A. Robertson regarding Amended Plan | 0.00 | $125.00 | No Charge |
| 7/05/2016 | BAR | Draft Motion to Continue hearing on HSA exemption | 0.20 / 0.20 | $175.00 | No Charge / $35.00 |
| 7/05/2016 | LCB | Prepare Orders continuing confirmation hearing and exemption hearing; e-file Agreed Motion to Vacate and continue confirmation hearing; e-file Agreed Motion to Vacate and continue exemption hearing; email proposed orders to Court | 0.40 | $110.00 | $44.00 |
| 7/07/2016 | AJS | Telephone call with Berdecia regarding confirmation hearing | 0.10 | $125.00 | $12.50 |
| 7/07/2016 | LCB | Prepare Certificate of Service and e-file with court | 0.50 | $110.00 | $55.00 |
| 7/08/2016 | AJS | Telephone call with Drummond's office regarding hearing | 0.10 | $125.00 | $12.50 |
| 7/15/2016 | AJS | E-file response to US Trustee's Motion to Dismiss | 0.10 | $125.00 | $12.50 |
| 7/21/2016 | BAR | Telephone call with J. Berdecia regarding 2010 information | 0.10 | $175.00 | $17.50 |
| 8/15/2016 | AJS | Telephone call with IRS agent regarding tax refund for 2015 and 2012 tax returns | 0.20 | $125.00 | $25.00 |
| 8/30/2016 | BAR | Discuss HSA stipulation with A. Patten and email trustee | 0.10 | $175.00 | $17.50 |
| 8/30/2016 | BAR | Respond to Trustee's email regarding HSA on stipulated facts | 0.10 | $175.00 | $17.50 |
| 9/05/2016 | BAR | Review Chapter 13 Trustee's proposed stipulation | 0.10 | $175.00 | $17.50 |
| 9/07/2016 | AJS | Email Tiffany from Drummond's office regarding Stipulation of Fact | 0.10 | $125.00 | $12.50 |
| 9/07/2016 | BAR | Email Berdecia regarding pay stubs | 0.10 | $175.00 | $17.50 |
| 9/07/2016 | BAR | Review proposed stipulation of fact | 0.10 | $175.00 | $17.50 |
| 9/07/2016 | LCB | Telephone conference with Tiffany in trustee's office regarding status of Stipulation of Facts and follow up with April | 0.10 | $110.00 | $11.00 |

Joseph Berdecia - Rodriquez

Page No.     5

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/08/2016 | AJS | Telephone call with Berdecia regarding hearing | 0.10 | $125.00 | $12.50 |
| 9/08/2016 | AJS | Respond to email from Drummond's office regarding Stipulation of Facts | 0.10 | $125.00 | $12.50 |
| 9/08/2016 | JAP | Review proposed Stipulation of Facts regarding Health Care Savings Account | 0.10 | $330.00 | $33.00 |
| 9/08/2016 | JAP | Revise stipulation regarding Health Care Savings Account; email to Bob | 0.10 | $330.00 | $33.00 |
| 9/09/2016 | AJS | Revise Chapter 13 Plan | 0.10 | $125.00 | $12.50 |
| 9/09/2016 | AJS | Telephone call with Joseph regarding pay stubs | 0.10 | $125.00 | $12.50 |
| 9/09/2016 | AJS | Review Means Test and Income Spreadsheet with B. Robertson to confirm income calculation used | 0.50 | $125.00 | $62.50 |
| 9/09/2016 | AJS | Review bill for submitting to court | 0.50 | $125.00 | $62.50 |
| 9/09/2016 | AJS | Telephone call with Joseph regarding amended Plan and hearing on 9/15/16; email Amended Plan to Joseph for his review and signature | 0.20 | $125.00 | $25.00 |
| 9/09/2016 | AJS | Revise plan and resend to Berdecia | 0.20 | $125.00 | $25.00 |
| 9/09/2016 | BAR | Review pay stubs and request April through August 2016 for review | 0.10 | $175.00 | $17.50 |
| 9/09/2016 | BAR | Review pay stub post filing with A. Boucher | 0.20 | $175.00 | $35.00 |
| 9/09/2016 | BAR | Calculate average gross and net income pre bankruptcy vs post bankruptcy | 0.10 | $175.00 | $17.50 |
| 9/09/2016 | BAR | Review net income with A. Patten | 0.10 | $175.00 | $17.50 |
| 9/12/2016 | AJS | Review claims register | 0.10 | $125.00 | $12.50 |
| 9/12/2016 | BAR | Review amended stipulation and reply to email | 0.10 | $175.00 | $17.50 |
| 9/12/2016 | BAR | Review final stipulation regarding HSA and approve for filing with e-signature | 0.10 | $175.00 | $17.50 |
| 9/19/2016 | AJS | Telephone call with Joseph regarding surrendering vehicle | 0.10 | $125.00 | $12.50 |
| 9/19/2016 | BAR | Draft HSA brief regarding hearing | 0.40 | $175.00 | $70.00 |
| 9/19/2016 | BAR | Review final draft HSA point brief and edit document | 0.10 | $175.00 | $17.50 |
| 9/20/2016 | JAP | Review, revise brief in support of exemption | 0.20 | $330.00 | $66.00 |
| 9/22/2016 | JAP | Revise brief regarding HSA exemption | 0.20 | $330.00 | $66.00 |
| 9/23/2016 | BAR | Review and sign brief regarding HSA | 0.10 | $175.00 | $17.50 |
| 9/23/2016 | LCB | E-file Supplemental Authorities in Support of HSA exemption | 0.20 | $110.00 | $22.00 |
| 9/23/2016 | LCB | Conference with April regarding filing deadline date | 0.10 | $110.00 | $11.00 |
| 9/30/2016 | AJS | Email invoice to Joseph for his review and authorization to file with Court | 0.10 | $125.00 | $12.50 |
| 10/04/2016 | AJS | Final review of bill | 0.30 | $125.00 | $37.50 |
| 10/04/2016 | AJS | Prepare draft of fee application and notice of fee application | 0.70 | $125.00 | $87.50 |
| 10/05/2016 | AJS | Prepare amended disclosure of compensation and notice of amendment | 0.50 | $125.00 | $62.50 |
| 10/05/2016 | AJS | E-file fee application, notice of fees and notice to amend disclosure of compensation | 0.30 | $125.00 | $37.50 |

Sub Total: General Administration                                             $6,065.50

**Plan Preparation, Disclosure Statement**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/06/2016 | BAR | Research disposable/projected CMI; 11 USC 101 (10A) | 0.30 | $175.00 | $52.50 |
| 6/06/2016 | BAR | Review Trustee's objection to confirmation of 13 plan | 0.10 | $175.00 | $17.50 |
| 6/10/2016 | AJS | Review Supplemental objection to Chapter 13 Plan; review proof of claims | 0.20 | $125.00 | $25.00 |
| 6/10/2016 | BAR | Review objections to plan by Trustee | 0.10 | $175.00 | $17.50 |
| 6/13/2016 | BAR | Research 9th Circuit case law regarding means test | 0.20 | $175.00 | $35.00 |
| 6/14/2016 | BAR | Research CMI in 9th Circuit appeals cases for response to Trustee's Plan objection | 0.40 | $175.00 | $70.00 |
| 6/14/2016 | BAR | Review Plan, statement on income and schedules to respond to Trustee's Plan Objection | 0.30 | $175.00 | $52.50 |
| 6/14/2016 | BAR | Research CMI standards | 0.10 | $175.00 | $17.50 |
| 6/15/2016 | AJS | Review means test calculation | 0.20 | $125.00 | $25.00 |
| 6/15/2016 | BAR | Recalculate Plan payment adding DSO and Trustee fee back | 0.10 | $175.00 | $17.50 |
| 6/15/2016 | BAR | Draft response to Trustee's objection to Plan confirmation | 0.50 | $175.00 | $87.50 |
| 6/20/2016 | BAR | Open draft first amended Chapter 13 plan increasing payment amounts | 0.20 | $175.00 | $35.00 |
| 6/21/2016 | BAR | Draft 1st amended plan regarding increased plan payment | 0.40 | $175.00 | $70.00 |
| 6/28/2016 | BAR | Finalize 1st Amended Plan draft | 0.20 | $175.00 | $35.00 |
| 6/30/2016 | BAR | Telephone call from B. Drummond regarding plan | 0.10 | $175.00 | $17.50 |
| 7/01/2016 | AJS | Conference with Blake A. Robertson regarding Chapter 13 plan | 0.00 | $125.00 | No Charge |
| 7/01/2016 | BAR | Review Chapter 13 plan amended with April J. Boucher | 0.20 / 0.20 | $175.00 | No Charge / $35.00 |
| 7/01/2016 | BAR | Email B. Drummond draft of amended plan | 0.10 | $175.00 | $17.50 |
| 7/01/2016 | BAR | Telephone call with B. Drummond regarding Plan confirmation | 0.40 | $175.00 | $70.00 |
| 7/05/2016 | BAR | Draft Motion to Continue Plan Confirmation hearing | 0.30 | $175.00 | $52.50 |
| 7/19/2016 | BAR | Review plan amendments with James A. Patten | 0.10 | $175.00 | $17.50 |
| 7/19/2016 | BAR | Review case law regarding disposable income | 0.20 | $175.00 | $35.00 |
| 7/20/2016 | BAR | Revise Chapter 13 plan per James A. Patten notes | 0.20 | $175.00 | $35.00 |
| 8/31/2016 | BAR | Research DMI and plan payment calculation | 0.30 | $175.00 | $52.50 |
| 9/09/2016 | JAP | Review post petition income, prepare email to Drummond regarding post petition income | 0.40 | $330.00 | $132.00 |
| 9/09/2016 | JAP | Revise amended Chapter 13 Plan | 0.20 | $330.00 | $66.00 |
| 9/12/2016 | AJS | E-file 1st amended Chapter 13 Plan | 0.20 | $125.00 | $25.00 |
| 9/12/2016 | AJS | Telephone call with Joseph regarding amended Plan | 0.10 | $125.00 | $12.50 |

| | | | | | |
|---|---|---|---|---|---|
| 9/12/2016 | JAP | Review Drummond comments to Plan, telephone call with Bob regarding Plan | 0.20 | $330.00 | $66.00 |
| Sub Total: Plan Preparation, Disclosure Statement | | | | | $1,191.50 |

**Claims Review & Objection**

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2016 | BAR | Draft response to IRS proof of claim #5 | 0.40 | $175.00 | $70.00 |
| 6/27/2016 | LCB | Review Proof of Claim for IRS and Department of Revenue | 0.50 | $110.00 | $55.00 |
| 7/15/2016 | AJS | Review Amended IRS claim | 0.20 | $125.00 | $25.00 |
| 7/20/2016 | BAR | Finalize response/Objections to IRS Proof of Claim | 0.20 | $175.00 | $35.00 |
| 7/26/2016 | BAR | Revise Objections to Proof of Claim | 0.20 | $175.00 | $35.00 |
| 7/27/2016 | AJS | E-file Objection to Proof of Claim filed by IRS | 0.10 | $125.00 | $12.50 |
| 7/27/2016 | BAR | Review IRS amended Proof of Claim and discuss with April J. Boucher | 0.10 | $175.00 | $17.50 |
| 7/29/2016 | BAR | Review Proof of Claim | 0.10 | $175.00 | $17.50 |
| 8/15/2016 | AJS | Review Proof of Claim filed by IRS | 0.10 | $125.00 | $12.50 |
| 8/15/2016 | JAP | Review Amended IRS Proof of Claim; revise Objection to Proof of Claim 5-5; research IRS offset | 0.70 | $330.00 | $231.00 |
| 8/15/2016 | LCB | E-file Amended Objection to Proof of Claim for the IRS | 0.20 | $110.00 | $22.00 |
| 9/09/2016 | JAP | Telephone call with Francis regarding objection to IRS claim | 0.20 | $330.00 | $66.00 |
| Sub Total: Claims Review & Objection | | | | | $599.00 |

| | |
|---|---|
| Total Fees | $7,856.00 |

## Expenses

| Start Date | Description | Charges |
|---|---|---|
| **Miscellaneous** | | |
| 9/12/2016 | Envelopes | $1.62 |
| 9/19/2016 | LexisNexis Computerized Legal Research Fees | $8.98 |
| Sub Total: Miscellaneous | | $10.60 |

**Postage**

| | | |
|---|---|---|
| 4/28/2016 | Postage | $9.08 |
| 5/17/2016 | Postage | $0.54 |
| 6/06/2016 | Postage | $0.54 |
| 6/23/2016 | Postage | $0.52 |
| 7/01/2016 | Postage | $0.52 |

Joseph Berdecia - Rodriquez

Page No.    8

| Date | Description | Amount |
|---|---|---|
| 7/07/2016 | Postage | $8.70 |
| 7/12/2016 | Postage | $0.52 |
| 9/12/2016 | Postage | $13.82 |
| 10/05/2016 | Postage | $9.08 |
| Sub Total: Postage | | $43.32 |

### Photocopies

| Date | Description | Amount |
|---|---|---|
| 4/28/2016 | Photocopies | $11.90 |
| 7/18/2016 | Photocopies | $3.40 |
| 9/19/2016 | Photocopies | $16.20 |
| 10/05/2016 | Photocopies | $11.90 |
| Sub Total: Photocopies | | $43.40 |

### Filing Fee

| Date | Description | Amount |
|---|---|---|
| 4/22/2016 | Suite Solutions ---Three Bureau Credit Report | $38.00 |
| 4/28/2016 | United States Bankruptcy Court--Filing Fee for Chapter 13 Bankruptcy | $310.00 |
| Sub Total: Filing Fee | | $348.00 |

### Pacer/Research

| Date | Description | Amount |
|---|---|---|
| 6/21/2016 | LexisNexis Computerized Legal Research Fees | $2.17 |

### Video Conferencing

| Date | Description | Amount |
|---|---|---|
| 6/23/2016 | Charles Fisher Court Reporting, Inc. - Video Conferencing for 341 Hearing Meeting | $145.00 |
| | Total Expenses | $592.49 |

| | | |
|---|---|---|
| Total New Charges | | $8,448.49 |
| Previous Balance | | $0.00 |
| 4/29/2016 | Payment    Check No.    5412<br>Check Received From PPBG IOLTA | $-4,000.00 |
| Total Payments and Credits | | $-4,000.00 |
| Balance Due | | $4,448.49 |

Joseph Berdecia - Rodriquez

Page No.    9

## Phase Table

| Phase | Phase | Hours | Fees | Rate | Expenses | Charges |
|---|---|---|---|---|---|---|
| A. | General Administration | 2.00 | $220.00 | 110.00 | $0.00 | $220.00 |
| A. | General Administration | 33.00 | $4,100.00 | 125.00 | $0.00 | $4,100.00 |
| A. | General Administration | 3.70 | $595.00 | 175.00 | $0.00 | $595.00 |
| A. | General Administration | 0.10 | $28.50 | 285.00 | $0.00 | $28.50 |
| A. | General Administration | 3.40 | $1,122.00 | 330.00 | $0.00 | $1,122.00 |
| B. | Plan Preparation, Disclosure Statement | 0.90 | $87.50 | 125.00 | $0.00 | $87.50 |
| B. | Plan Preparation, Disclosure Statement | 4.80 | $840.00 | 175.00 | $0.00 | $840.00 |
| B. | Plan Preparation, Disclosure Statement | 0.80 | $264.00 | 330.00 | $0.00 | $264.00 |
| C. | Claims Review & Objection | 0.70 | $77.00 | 110.00 | $0.00 | $77.00 |
| C. | Claims Review & Objection | 0.40 | $50.00 | 125.00 | $0.00 | $50.00 |
| C. | Claims Review & Objection | 1.00 | $175.00 | 175.00 | $0.00 | $175.00 |
| C. | Claims Review & Objection | 0.90 | $297.00 | 330.00 | $0.00 | $297.00 |
| D. | Settlement with Creditors | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| E. | Stay Relief/Adequate Protection | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| F. | Miscellaneous | 0.00 | $0.00 | 0.00 | $10.60 | $10.60 |
| G. | Adversary | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| J. | Third Party Litigation | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| L. | Postage | 0.00 | $0.00 | 0.00 | $43.32 | $43.32 |
| M. | Photocopies | 0.00 | $0.00 | 0.00 | $43.40 | $43.40 |
| MM | Secretary of State | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| N. | Meals | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| O. | Mileage | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| P. | Filing Fee | 0.00 | $0.00 | 0.00 | $348.00 | $348.00 |
| Q. | Lodging | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| R. | Monthly Reports | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| T | Litigation Matters | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| U | Pacer/Research | 0.00 | $0.00 | 0.00 | $2.17 | $2.17 |
| WW | FedEX | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| X | Premiere Telephone Services | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| Y | Envelopes/Binders | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| ZZ | Video Conferencing | 0.00 | $0.00 | 0.00 | $145.00 | $145.00 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| April J. Schueler | 33.90 | $125.00 |
| April J. Schueler | 0.00 | $0.00 |
| Blake A Robertson | 0.00 | $0.00 |
| Blake A Robertson | 9.20 | $175.00 |
| James A. Patten | 5.10 | $330.00 |
| Leanne C Beatty | 2.70 | $110.00 |
| W. Scott Green | 0.10 | $285.00 |

Payment upon receipt of billing is appreciated.   Interest at the rate of .8% per month will be added to all accounts 30 days or more past due.  Thank you

Joseph Berdecia - Rodriquez

Page No.    10

for your prompt response.  WE ACCEPT MASTERCARD, VISA and DISCOVER.  (Form enclosed)

| | |
|---|---:|
| Previous Balance of Trust Account | $0.00 |
| 4/22/2016  Deposit Wire transfer from Dr. Joseph Berdecia-Rodriguez | $5,000.00 |
| 4/29/2016  Withdrawal Pay fees from trust. | $-4,000.00 |
| New Balance of Trust Account | $1,000.00 |